"O"

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/8/10

_____
DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. SHAW,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent. | Case No. CV 09-5355-DOC (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed by petitioner. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, subject to the following amendments.

　　1.　　On page 3, footnote 2 is amended to read as follows:

　　　　"The Court has independently reviewed the record out of an abundance of caution in light of Jones, notwithstanding recent Ninth Circuit cases that have accorded the factual summary set forth in a state appellate court decision a

presumption of correctness pursuant to 28 U.S.C. § 2254(e)(1). See Slovik v. Yates, 556 F.3d 747, 749 n.1 (9th Cir. 2009); Moses v. Payne, 555 F.3d 742, 746 n.1 (9th Cir. 2009); Tilcock v. Budge, 538 F.3d 1138, 1141 (9th Cir. 2008), cert. denied, 129 S. Ct. 926 (2009); Mejia v. Garcia, 534 F.3d 1036, 1039 n.1 (9th Cir. 2008)."

2.   On page 27, footnote 5 is deleted.

IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied, and that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: *March 5, 2010*

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE