I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL / Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/8/10

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. SHAW,<br><br>      Petitioner,<br><br>vs.<br><br>JAMES WALKER, Warden,<br><br>      Respondent. | Case No. CV 09-5355-DOC (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 5, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE